BURRITT INTERFINANCIAL BANCORPORATION *v.*
ELIO CAPUANO ET AL.

The defendants Elio Capuano and Paul Capuano's petition for certification for appeal from the Appellate Court, 37 Conn. App. 924 (AC 12871), is denied.

*Dale H. King,* in support of the petition.

*Glory Martin Lena* and *William S. Fish, Jr.,* in opposition.

Decided June 13, 1995

CANDLEWOOD SHORES ESTATES *v.*
BARRY KLEIN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*James A. Curran,* in support of the petition.

*Andre L. Nagy,* in opposition.

Decided June 19, 1995

STATE OF CONNECTICUT *v.* TROY MOZELL

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 574 (AC 13828), is denied.

*Gerald E. Bodell,* public defender, in support of the petition.

*Ronald G. Weller,* deputy assistant state's attorney, in opposition.

Decided June 19, 1995